# EXHIBIT A

# CORRECTIONAL MEDICAL SERVICES

## PHYSICIAN'S ORDER

**PRESCRIPTION ORDER - FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY**

NAME: SNELL, EMORY    ID NUMBER: W-59191    D.O.B. [redacted]
INSTITUTION: 4/22/97 CJ    ALLERGIES: NKA
DATE: 2/14/97    TIME: 1500

| PROBLEM | ORDERS |
|---|---|
| DJD LS Spine | - Back Brace from Property - Indefinite - Special Needs Done ✓ |
| 3/4/97 1300 | MOTRIN 600mg PO TID PRN Pain x 10 days KOP 1 Day @ a Time. MAR 04 1997 AM/PM KHALID N. KHAN, M.D. |

FEB 14 1997 PM

SIGNATURE: KHALID N. KHAN, M.D.

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space: _____

PRINT NAME: _____

DEA Reg. # _____
(For Controlled Substance orders)

CMS 8006 REV 5/96

Original (White): Retain in Inmate Medical Record
Copy (Yellow): Fax to Pharmacy; File with Pharmacy Orders