# EXHIBIT B

# CORRECTIONAL MEDICAL SERVICES

## MEDICAL RESTRICTIONS

INSTITUTION: CJ

NAME: SNELL, EMORY
ID #: W-59191
D.O.B.: [redacted]

DATE: 2/14/97

TO: UNIT TEAM WWSU
(D.O.C. DESIGNEE)

The above named inmate has been determined to have the following needs/restrictions due to a current medical condition:

| TYPE | DATE | (FROM) | TO |
|---|---|---|---|
| NO WORK STATUS | | | |
| LIGHT WORK STATUS | | | |
| BOTTOM BUNK | | | |
| NON-SMOKING ROOMMATE | | | |
| OTHER (DESCRIBE BELOW) BACK BRACE (FROM PROPERTY) — INDEFINITE | | | |

TRANSPORTATION RESTRICTIONS

| | DATE | (FROM) | TO |
|---|---|---|---|
| NO WAISTCHAINS | | | |
| NO HANDCUFFS | | | |
| NO ANKLE RESTRAINTS | | | |
| VEHICLE WITH CAR SEATS | | | |

MEDICAL REASON:

ARTHRITIS LOWER BACK

SUBMITTED BY: Khalid R. Khan, MD (MD/PA/NP)   FEB 14 1997
APPROVED BY: [signature] HSA