# EXHIBIT C

# CORRECTIONAL MEDICAL SERVICES

## PHYSICIAN'S ORDER

**PRESCRIPTION ORDER – FOR DEPARTMENT OF CORRECTION INSTITUTIONAL USE ONLY**

NAME: SNELL, EMORY    ID NUMBER: W-59131    D.O.B. [redacted]
INSTITUTION: MCI-CJ    ALLERGIES: NKA
DATE: 10/10/97    TIME: 1400

| PROBLEM | ORDERS |
|---|---|
| LBP. | NAPROSYN 500mg PO BID x 15 days KOP |
| | X-Ray L-S Spine, R/o Fx |
| | Special needs for No work – Done. |
| | 10/10/97 1800 K |
| | OCT 10 1997 A.M./P.M. |
| | KHALID N. KHAN, M.D. |

SIGNATURE _____

Interchange is mandatory unless the prescriber writes the words "no substitution" in this space:

PRINT NAME _____

DEA Reg. # _____
(For Controlled Substance orders)

CMS 8005 REV 5/96    Original (White): Retain in Inmate Medical Record