# EXHIBIT

# D

# CORRECTIONAL MEDICAL SERVICES

## MEDICAL RESTRICTIONS

N-1  _SBCC_
INSTITUTION

_Emory Snell_
NAME

_W 59191_
ID #

[ REDACTED ]
D.O.B.

_12/21/98_
DATE:

TO: _____
(D.O.C. DESIGNEE)

The above named inmate has been determined to have the following needs/restrictions due to a current medical condition:

TYPE: | DATE | (FROM) | TO
---|---|---|---
NO WORK STATUS | | |
LIGHT WORK STATUS | | |
BOTTOM BUNK | | |
SPECIAL EQUIPMENT (DESCRIBE BELOW) | | | _indef_
_Bottom tier_ OTHER (DESCRIBE BELOW) | _12/21/98_ | |

TRANSPORTATION RESTRICTIONS:

NO WAIST CHAINS
NO HANDCUFFS
NO ANKLE RESTRAINTS
VEHICLE WITH CAR SEATS
MEDICAL VAN

MEDICAL REASON:
1st documented @ MCI-CJ - I/m has problems c̄ stair climbing - alt medical problem

SUBMITTED BY: _CRamanaiukas_  MD/PA/NP   DATE: _12/21/98_   TIME: _2pm_

REVIEWED BY: _KINLE FAJANA, M.D._  HSA   DATE: _12/14/98_   TIME: _noon_

APPROVED BY: _____  SITE MEDICAL DIRECTOR   DATE: _12-21-98_   TIME: _12 pm_

(ORIGINAL IN MEDICAL RECORD AFTER APPROVAL)
(COPY TO D.O.C. DESIGNEE)