# EXHIBIT F

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE APPEAL FORM
### FORWARD TO SUPERINTENDENT

| | | |
|---|---|---|
| Name | SNELL EMORY G JR | Institution MCI CONCORD |
| Number | W59191   Housing J-6 | Appeal Date 30-NOV-15   Date Of Grievance 06-NOV-15 |
| | | Appeal Received Date 03-DEC-15 |

**Appeal:** BECAUSE GRIEVANCES FILED WITH IGC SILVA ARE AS USELESS AS TEATS ON A BULL, AND APPEALS FAIR NO BETTER, I HJAVE OVERWHELMINGLY DEMONSTRATED THAT AS AN AMERICAN VETERAN W/DISABILITIES, UNASSAILABLY RECORDED BY DOC FOR PROFIT MEDICAL PROVIDERS (EXB A-B, ATTACHED TO #84726) THAT FROM 1997/1998, I HAVE HAD "SPECIAL MEDICAL NEEDS" RESTRICTION) RISING FROM "LOWER BACK ARTHRITIS", AS WELL AS "DEGENERATIVE JOINT DISEASE", WHEREAS, I HAVE "DIFFICULTY CLIMBING STAIRS." DARESAY, SINCE CONCORD IS NOT ADA/RA COMPLIANT, BUT IS A "PUBLIC ENTITY" UNDER BOTH SUPREME COURT, AND SUPREME JUDICIAL COURT CASELAW, IT IS OVERLY APPARENT THAT THE INTENTIONAL AND WANTON INFLICTION OF PAIN, ARISING OUT OF BAR TO "REASONABLE ACCOMMODATIONS" STEMS FROM CLOSE AND OBVIOUS DISOBEDIENCE TO THE LAW OF THE LAND. INDEED, DOC LAWYER STAPLED, IN A FRAUD ON THE COURT, HAS AVERRED THE CONCORD HAS A EFFECTIVE GRIEVANCE SYSTEM, YET THE CONTINUAL DEPRIVATION OF MY ADEQUATE AND MEANINGFUL COURT :FIRST FLOOR LIBRARY" ACCESS FROM 29 OCT 2015, TO PRESENT, UNEQUIVOCALLY SHOWS THAT NO IS A LIE. NONETHELESS, LIKE THE FOOLS IN SMELL V LIMA, A CHA-CHING IS JUST MOMENTS AWAY. EXB "A"

**Remedy Requested:** RE-INSTATE THOSE "REASONABLE ADA/RA ACOMODATIONS", THAT AFFORDED ME HANDICAPPED G.L.C. 151B ?(17); ACT 114, ACT 9E; 42 ISC 12132(2) USC ? 79R ADEQUATELY, EFFECTIVE AND MEANNFUL COURT ACCESS THROUGH LENS ELECTRONIC CITATOR, AND TYPOWRITER IN THE THE G.P. LIBRARY FOR NEARLY (2) PLUS YEARS PRIOR TO OCT. 29, 2015. OR SIMPLY, PAY ME THE STATUTORY DAMAGES OF #100 THOUSAND DOLLARS.

**Staff Recipient:** Silva Marcelo T  CO II

**Signature:**

## DECISION BY SUPERINTENDENT

| | | | |
|---|---|---|---|
| Appeal Received Date 03-DEC-15 | Decision Date 08-DEC-15 | Decision DENIED | |

**Decision By:** Russo Lois A  SUPERINTENDENT

**Reasons:** On 8/26/15, you were advised of the formal process for requesting a special accomodation via 103 DOC 207; you have not done so. As such, there is nothing to "reinstate"; Additionally, medical staff advise that you have no medical issue that would preclude your use of stairs at this time.

**Signature:** _[signed]_   **Date:** 12/8/15

## INMATE RECEIPT

| | |
|---|---|
| Inmate's Name  SNELL EMORY G JR | Institution  MCI CONCORD |
| Number  W59191 | Appeal Received Date  03-DEC-15 |
| Staff Recipient  Silva Marcelo T  CO II | |
| Superintendent's Signature | |