# EXHIBIT G




*The Commonwealth of Massachusetts*
*Executive Office of Public Safety & Security*

MCI Concord
PO Box 9106
965 Elm Street
Concord, MA 01742

Tel: (978) 405-6100
www.mass.gov/doc

Deval L. Patrick
*Governor*

Timothy P. Murray
*Lieutenant Governor*

Andrea J. Cabral
*Secretary*

Luis S. Spencer
*Commissioner*

Peter A. Pepe, Jr.
Katherine A. Chmiel
*Deputy Commissioners*

Paul L. DiPaolo
*Acting Deputy Commissioner*

Raymond Marchilli
*Superintendent*

February 18, 2013

Emory Snell W59191
L#1

Dear Mr. Snell:

Your letter to Commissioner Spencer dated January 18, 2013 regarding your issues with UMass has been referred to me for reply.

You have received letters from me dated February 1st and February 5th regarding this matter. To reiterate, medical staff make an assessment of what your medical needs are and are obligated to provide the necessary appliances/equipment for such. Your previous medical restrictions expired on 10/15/08. On 11/14/12, medical staff approved another restriction order for an ankle air cast, neoprene knee and elbow sleeves, and a "low back binder". According to the HSA, you were issued two (2) knee sleeves on 11/22/12, one (1) ankle air cast on 11/22/12 and one (1) elbow sleeve on 2/5/13. The back brace is on order.

I trust that this addresses your concerns

Sincerely,

Lois Russo
Deputy Superintendent

cc: Commissioner's Office
    Ray Marchilli, Superintendent
    Patricia Grant, HSA
    file