# EXHIBIT H



Charles D. Baker
*Governor*

Karyn E. Polito
*Lieutenant Governor*

Daniel Bennett
*Secretary*

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety & Security*

*MCI Concord*
*PO Box 9106*
*965 Elm Street*
*Concord, MA 01742*

*Tel: (978) 405-6100*
*www.mass.gov/doc*



Carol Higgins O'Brien
*Commissioner*

Katherine A. Chmiel
Thomas E. Dickhaut
Michael G. Grant
*Deputy Commissioners*

Lois Russo
*Superintendent*

ptember 11, 2015

nory Snell, W59191
#9

:ar Mr. Snell:

m in receipt of your letter dated August 29, 2015 concerning your ADA/Reasonable Accommodations.

ease be advised that I have received a letter dated August 20, 2015 from the Assistant Clerk at the Supreme Judicial
urt that states case #SJ-2013-101 was transferred to the Middlesex Superior Court by an order entered May 23, 2013.
ie Middlesex Superior Court ultimately dismissed the matter on March 17, 2014. You did file a notice of appeal which
as ultimately dismissed in Appeal's Court.

n June 3, 2015, the appeals court entered on its docket, "NO action will be taken by the court on these or any future
ings in this matter".

gain, I advise you that medical restrictions are determined by medical staff per 103 DOC 207. Medical staff have
dicated that you do not have any medical restrictions with regards to stairs.

rust this has addressed your concerns.

incerely,

*[signature]*

ois Russo
uperintendent

::file

R/jo