# EXHIBIT I

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT

BARNSTABLE, ss

SUPERIOR COURT
DEPT. No. 46579

COMMONWEALTH

v.

EMORY G. SNELL, JR.

### ORDER

This case came before the court today for hearing of the defendant's Motion for Written Discovery.

After argument by counsel, and on consideration, it is ORDERED that the Commonwealth, and all persons or entities in possession or control of the following items shall deliver them forthwith to Irving Marmer, attorney for the defendant, for inspection and copying.

1. All autopsy notes, records and reports; the entire gross anatomic examination, chemical, chromatic, microscopic and serological measurements, readings and studies undertaken or completed that are ancillary to, or in clarification of the conclusions, exclusions or in support of the Commonwealth's medical examiner's trial testimony during the month of August, 1995.

2. The common, generic or trade names of all medications, over-the-counter remedies and nutritional substances ingested, inhaled, or in apparent use by Elizabeth Lee Snell, late of 1051 Old Putnam Avenue, Marstons Mills, Massachusetts.

3. All medical records relating directly or indirectly to the care, diagnosis and treatment of Elizabeth Lee Snell from January 1, 1993, to and including March 18, 1995.

4. Transcripts of all oral communications to, from or by Elizabeth Lee Snell within the 48 hour intervals before and after March 16 and 18, 1995.

5. All written communications to, from or by Elizabeth Lee Snell during the period beginning January 1, 1995, to March 18, 1995.

December 16, 2005

/s/ Richard F. Connon
Associate Justice
Superior Court