# EXHIBIT J

Hand copy &&&&

FORM "A"

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
INMATE GRIEVANCE FORM

| INMATE'S NAME: Lindsey G. Sjell, Jr. | INMATE'S #: W59191 | DATE: 2 Dec 16 |
|---|---|---|
| INSTITUTION: Concord | | DATE OF INCIDENT: 2 Dec 16 |

INSTRUCTIONS:
1. Refer to 103 CMR 491, Inmate Grievance Policy.
2. In Block B, give a brief and understandable summary of your complaint/issue.
3. List any actions you may have taken to resolve this matter in Block C. Be sure to include the identity of staff members you have contacted.
4. Provide a Requested Remedy in Block D.
5. When filing an Emergency Grievance check Emergency.

_____ EMERGENCY

B. Give a brief and understandable summary of your complaint/issue. Additional paper may be used, if necessary. AT OR ABOUT 1030AM, FRI. 2 DEC 2016, ATTORNEY JASON DROEL, OF THE LAW FIRM FOLEY LARDNER, LLP, 111 HUNTINGTON AVE, BOSTON, 02199, BY "FED-EX OVERNIGHT" PACKAGE, DELIVERED SAME TO CONCORD. NOTWITHSTANDING THE CLEAR & OBVIOUS "FOLEY LARDNER LLP" LABEL, THIS LEGAL MAIL WAS OPENED OUTSIDE MY PRESENCE!!! IN FURTHER VIOLATION OF ATTORNEY-CLIENT PRIVILEGE, THIS CLEARLY ATTORNEY MARKED FED-EX LEGAL PACKAGE WAS COPIED, AS EVINCED BY THE REMOVED STAPLE. A MINI-BINDER CLIP WAS ATTACHED, NO DOUBT BY A DOC EMPLOYEE TO SECURE THE OPENED LEGAL MAIL. AT 150PM, IPS JOE AYALA CALLED FOR ME, AND I ARRIVED TO HIS STATEMENT, "HEY THIS WAS ALREADY OPENED." SUFFICE IT TO SAY, AYALA DID NOT MOLEST THIS LEGAL MAIL, WHICH HAS BEEN HIS ROUTINE SINCE 19 OCT. 2014.

C. List any action taken to address/resolve this matter. Include the identity of staff members you have contacted. I HAVE CONTACTED FOLEY LARDNER LLP ATTORNEY JASON DROEL, AND REQUESTED A COMPLAINT BE FILED W/ THE APPROPRIATE PUBLIC OFFICIALS.

D. Provide your Requested Remedy. YEARS I HAVE COMPLAINED ABOUT THE OPENING OF MY LEGAL MAILS OUTSIDE MY PRESENCE. THE CLEAR & OBVIOUS VIOLATION, LEGAL MAIL RCVD 1030AM, OPENED, COPIED AND NOT DELIVERED UNTIL 150PM, IS A WELL ESTABLISHED VIOLATION OF CONSTITUTIONAL RIGHTS. PAY ME $100 THOUSAND DOLLARS, AND COURT COSTS, AND ALL REQUIRED ATTORNEY LITIGATION FEES. CC: JASON L. DROEL, ESQ.

Inmate's Signature _____ Date: 2 Dec 16

Staff Recipient _____ Date: _____

**DENIED GRIEVANCES MAY BE APPEALED TO THE REVIEWING AUTHORITY WITHIN 10 BUSINESS DAYS.
(Inmate receipts/responses will be generated via the Inmate Management System)