# EXHIBIT K

Massachusetts Department of Correction - Medical Restrictions - W_MED_MRE Report on Monday December 5, 2016 11:56

| Select Inmate Commitment Number | | Name | Comm # | Status | Unit, Cell, Bed | Comm | Sec. Level | PE | Release Date |
|---|---|---|---|---|---|---|---|---|---|
| W59191 | EMORY G | SNELL | W59191 | ACTIVE | J-6,9,B | 19950901 | Medium | | |

| Type | Description | Start Date | End Date | Indefinite | Comments |
|---|---|---|---|---|---|
| Transportation | | 20160624 | 20170624 | | Waistchins with left extension for cane use |
| Transportation | | 20160624 | 20170624 | | Large ankle restraints Intermittent swelling of lower legs |
| Other | Knee Sleeve | 20160623 | 20170623 | | 2 knee sleeves OSA w/ CPAP, Osteoarthritis of knees ankles, back, intermitent leg swelling |
| Work | Light Work | 20160623 | 20170623 | | OSA w/ CPAP, Osteoarthritis of knees ankles, back, intermitent leg swelling |
| Other | Cane | 20160623 | 20170623 | | OSA w/ CPAP, Osteoarthritis of knees ankles, back, intermitent leg swelling |
| Other | | 20160623 | 20170623 | | Back brace OSA w/ CPAP, Osteoarthritis of knees ankles, back, intermitent leg swelling |
| Other | | 20160623 | 20170623 | | Antiembol stockings OSA w/ CPAP, Osteoarthritis of knees ankles, back, intermitent leg swelling |
| Other | | 20160307 | 20170307 | | Spacer for inhaler use Asthma/COPD |
| Transportation | | 20150511 | 20160511 | | Big boy ankle cuffs hx dependent trace edema, BLE |
| Other | Back Support | 20150306 | 20160306 | | low back brace/binder DJD of knees, elbow, back, hx lower extremity edema |
| Other | Cane | 20150306 | 20160306 | | DJD of knees, elbow, back, hx lower extremity edema |
| Other | Knee Sleeve | 20150306 | 20160306 | | |

EXHIBIT 6

| | | | | | |
|---|---|---|---|---|---|
| | | | | | neoprene knee sleevs Left and right DJD of knees, elbow, back, hx lower extremity edema |
| Other | | 20150306 | 20160306 | | Anti-embolism stockings DJD of knees, elbow, back, hx lower extremity edema |
| Transportation | | 20150306 | 20160306 | | Waistchains with left extension. Approved by LAR. |
| Housing | Bottom Bunk | 20150306 | 20160306 | | DJD of knees, elbow, back, hx lower extremity edema |
| Work | Light Work | 20150306 | 20160306 | | light work status DJD of knees, elbow, back, hx lower extremity edemal |
| Transportation | | 20141211 | 20151211 | | waistchains with extension for cane use Needs cane for balance due to knee and back injuries |
| | Knee Sleeve | 20141117 | 20151117 | | bilateral because of knee arthritis |
| Transportation | | 20131202 | 20151110 | | Rear cuff extensions, while in SMU. Decreased internal/external shoulder rotation with loss of right elbow extension- risk of injury |
| Other | Back Support | 20141107 | 20151107 | | BACK BRACE LBP |
| Other | Cane | 20140723 | 20150723 | | DJD back, knee and elbow |
| Housing | Bottom Bunk | 20140723 | 20150723 | | DJD back, knee and elbow |
| Transportation | | 20140811 | 20150211 | | big boy ankle cuffs bilateral lower extremity edema |
| Housing | Single Level | 20140206 | 20150206 | | bottom tier. Knee derangement |
| Other | Knee Sleeve | 20131217 | 20141217 | | neoprene knee sleeve. DJD of knees bilaterally |
| Other | Ace Wraps | 20131202 | 20141028 | | neoprene knee sleeve X2; neoprene elbow sleeve X 1; right ankle aircast boot X1; patient has osteoarthritis; |
| Housing | Bottom Bunk | 20140123 | 20140723 | | knee derangement |
| Other | Cane | 20140123 | 20140723 | | knee derangement |
| Transportation | | 20131217 | 20140317 | | Big boy leg irons. approved DJD of knees, lower extremity edema |

| | | | | | |
|---|---|---|---|---|---|
| Housing | Bottom Bunk | 20131223 | 20140123 | | Bottom bunk for one month during medical evaluation. |
| Physical Activity | Cane | 20131224 | 20140123 | | r knee plains, unclear etiology |
| Other | *None | 20121114 | 20131114 | | neoprene elbow sleeve approved |
| Other | Prosthetic Device | 20121114 | 20131114 | N | recurrent ankle sprains; right ankle air cast approved |
| Other | Back Support | 20121114 | 20131114 | | low back binder approved |
| Physical Activity | Knee Sleeve | 20121114 | 20131114 | N | 2 neoprene knee sleeves approved |
| Housing | Bottom Bunk | 20110615 | 20110915 | | Bottom Bunk d/t fx ankle |
| Housing | Bottom Bunk | 20090601 | 20100601 | | |
| Housing | Bottom Bunk | 20090601 | 20100601 | | L1-2 disc disease since 97. Obesity. |
| Other | | 20071015 | 20081015 | | knee brace left and right |
| Other | | 20071015 | 20081015 | | elbow brace right |
| Housing | Bottom Bunk | 20071002 | 20081002 | | |
| Transportation | | 20070809 | 20070909 | | Double cuff (2nd). right elbow injury |
| Housing | *None | 20050923 | 20060923 | | bottom tier |
| Environmental Allergies | | 20000214 | 20010214 | N | |